AUSA: Jorja N. Knauer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

24 MJ 2319

UNITED STATES OF AMERICA

v.

JAMIE FRANCIS,

　　　　　　　　　　Defendant.

**COMPLAINT**

Violations of 18 U.S.C. §§ 922(g) and 922(k)

COUNTY OF OFFENSE: WESTCHESTER

SOUTHERN DISTRICT OF NEW YORK, ss.:

　　　　ERIC B. DORNBUSCH, being duly sworn, deposes and says that he is a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and charges as follows:

## COUNT ONE
### (Possession of a Firearm After a Felony Conviction)

　　　　1.　　On or about June 15, 2024, in the Southern District of New York and elsewhere, JAMIE FRANCIS, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus 9mm pistol and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
### (Possession of a Defaced Firearm)

　　　　2.　　On or about June 15, 2024, in the Southern District of New York and elsewhere, JAMIE FRANCIS, the defendant, knowingly did possess a firearm which had the importer's and manufacturer's serial number removed, obliterated, and altered and which had previously been shipped and transported in interstate and foreign commerce, to wit, FRANCIS possessed a Taurus 9mm pistol, that was manufactured outside of New York State and that had a removed and obliterated serial number.

(Title 18, United States Code, Section 922(k).)

　　　　The bases for my knowledge and for the foregoing charge are, in part, as follows:

　　　　3.　　I have been a Senior Special Agent with ATF since 2009. During my tenure with ATF, I have been involved in the investigation of numerous firearms cases and am an expert in firearm interstate nexus determinations. I have been personally involved in the investigation of this matter.

4. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. Based on my participation in this investigation and conversations with detectives at the Mount Vernon Police Department ("MVPD") and the Westchester County Probation Department, I have learned the following:

    a. On or about June 15, 2024, at approximately 3:21am, police officers from MVPD responded to the area of South Third Avenue and East Fifth Street in Mount Vernon, New York, on a report of multiple shots fired.

    b. MVPD gathered video surveillance of the area where the shots were allegedly fired. Based on a review of video surveillance, an individual was seen on video leaving a bar and getting into a vehicle alone. The individual was then seen driving down the street toward the area of the shooting, discharging the firearm multiple times as he drove. The vehicle's license plate was photographed near the intersection. The vehicle's New York registration indicated that the vehicle was registered to JAMIE FRANCIS, the defendant.

    c. MVPD detectives reviewed FRANCIS's criminal history report, which indicated that FRANCIS was on probation in Westchester County. MVPD detectives then showed portions of the video surveillance to the Probation Officer of JAMIE FRANCIS, the defendant, who identified Francis as the person involved in the shooting.

    d. Probation officers with the Westchester County Probation Department thereafter conducted a search of FRANCIS's vehicle in which they recovered a loaded firearm and ammunition. The firearm that was recovered from the defendant's vehicle was a Taurus 9mm pistol, loaded with a round in the chamber and eight rounds in the magazine. The Taurus 9mm pistol is stamped with, among other things, markings which read "MADE IN BRAZIL." The Taurus 9mm pistol and ammunition recovered from the vehicle driven by FRANCIS is shown below:

*[Continued on next page]*



e. Based on my review of the firearm recovered from the vehicle of JAMIE FRANCIS, I know that the firearm's serial number was defaced (pictured below).



6. I am an interstate nexus expert with the ATF and, based upon my training, experience, and expertise, I have concluded that the Taurus 9mm pistol firearm recovered from the search of JAMIE FRANCIS's vehicle, with a defaced serial number, was manufactured outside of New York State.

7. I have reviewed criminal history records pertaining to the defendant, JAMIE FRANCIS, which show that FRANCIS was convicted on or about August 12, 2021, in Westchester County Court, when he was convicted of assault in the second degree, assault with intent to cause physical injury with a weapon, in violation of New York Penal Law § 120.05, a class D felony, which is punishable by more than one year's imprisonment. He was sentenced to five years' probation. I know from information provided by an Assistant District Attorney in the Westchester County District Attorney's Office, that prior to a defendant pleading guilty in Westchester County it is the pattern and practice for the Court to notify the defendant of the statutory maximum penalties.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JAMIE FRANCIS, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

_____
Eric B. Dornbusch
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me this 18th day of June, 2024.

_____
THE HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK